FILED
FEB 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR318-IEG |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 18, U.S.C., Sec. 1001 – |
| ROBERTO RIVERA-DOSAL, | ) False Statement to a Federal Officer |
| Defendant. | ) |

The United States Attorney charges:

On or about January 11, 2008, within the Southern District of California, defendant ROBERTO RIVERA-DOSAL, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to Border Patrol Agent Angel Munguia that he was born in the United States, whereas in truth and fact, as defendant then and there well knew that statement and representation was false,

//
//
//
//
//

CJB:es:San Diego
2/6/08

1  fictitious and fraudulent when made; in violation of Title 18, United
2  States Code, Section 1001.
3     DATED: February 7, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney